# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>DONALD PHILLIP HENSON<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-mj-1584<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 17, 2025** in the county of **Allegheny** in the **Western** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1361 | Damaging Government Property or Contracts |
| Title 18, United States Code, Sections 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/ Sarah Esposito
*Complainant's signature*

Special Agent Sarah Esposito, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/17/2025

*Judge's signature*

City and state: Pittsburgh, Pennsylvania    Hon. Christopher B. Brown, U.S. Magistrate Judge
*Printed name and title*