AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) Case No. 25-mj-1584 |
| DONALD PHILLIP HENSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DONALD PHILLIP HENSON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Damaging Government Property or Contracts, in violation of Title 18, United States Code, Section 1361, and Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Date: 09/17/2025

*Issuing officer's signature*

City and state:   Pittsburgh, Pennsylvania

Honorable Christopher B. Brown, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/17/25, and the person was arrested on *(date)* 09/17/25
at *(city and state)* Pittsburgh, PA.

Date: 09/17/25

*Arresting officer's signature*

SA Sarah Esposito
*Printed name and title*